AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **YURI I. MONTGOMERY**<br>**also known as Yuri Malinkovski**<br>**DOB:  X/XX/1951**<br>**PDID: XXX-XXX** | CASE NUMBER: |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ___July 2002 to on or about October 2003___ in ___Washington, D.C.___ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

export or attempt to cause the export of United States origin products, from the United States to Macedonia in violation of an order to Deny Export Privileges issued by the Department of Commerce and in violation of the Export Administration Regulations.

in violation of Title ___50___ United States Code, Section(s) ___1705 (b)___.

I further state that I am ___David J. Poole, Special Agent with the U.S. Department of Commerce, Office of Export Enforcement___, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

AUSA, Heidi Pasichow   (202) 514-7533
Sworn to before me and subscribed in my presence,

Signature of Complainant
David J. Poole, Senior Special Agent
U.S. Department of Commerce
Office of Customs Enforcement

_____   at   ___Washington, D.C.___
Date                                              City and State

_____     _____
Name & Title of Judicial Officer        Signature of Judicial Officer