AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**
MAY 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

**YURI I. MONTGOMERY**
**also known as Yuri Malinkovski**

## WARRANT FOR ARREST

CASE NUMBER: 05-0248M-01

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   YURI I. MONTGOMERY
                                      Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

EXPORT

in violation of Title  50  United States Code, Section(s)  1705 (b) .

Name of Issuing Officer: ALAN KAY, U.S. MAGISTRATE JUDGE
Signature of Issuing Officer
Title of Issuing Officer: U.S. MAGISTRATE JUDGE
Date and Location: MAY - 4 2005, District of Columbia, United States District Court For the District of Columbia

A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By _____ Deputy Clerk

Bail fixed at $ _____   by _____
                                       Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 05-04-05 | David [illegible], Senior Special Agent | David [illegible] 05-06-05 |
| DATE OF ARREST | | |
| 05-06-05 | | |