**U.S. Department of Justice**
U.S. Attorneys

---

# United States District Court
# for the District of Columbia

FILED

MAY 1 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA          :

v.          :

*Yuri I Montgomery*          :          Case No. *05-0248M-01*

          :

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _*18th*_ day of _*MAY*, *2005*_____ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on _*May 18, 200*_ by _*Agent David Poole*_ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _*Agent David Poole*_ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

*Commerce Dept
agent Poole*

_____
Judge (U.S. Magistrate)

COURT

DOJ USA-16-1-80