UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                         :

    v.                                :  Crim. No. 05-CR 248

YURI I. MONTGOMERY                    :

**APPEARANCE OF COUNSEL FOR DEFENDANT**

Please enter the appearance of undersigned counsel on behalf of the Defendant.


Stephen F. Brennwald, Esq.
Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C.  20003
(202) 544-1990
(202) 544-5003 (facsimile)
(301) 928-7727 (cell)
E-mail:  sfbrennwald@cs.com
Retained Counsel