**United States District Cou** 
*Western District of Washington*

UNITED STATES OF AMERICA,

vs.

# YURI I. MONTGOMERY

**APPEARANCE BONI**
Case No. 05-227M

I understand that I may be released from custody, pending further proceedings in this case, on the conditions marked below:

- ☒ **Court Appearances.** I must appear in court at the U.S. Courthouse, <u>333 Constitution Avenue NW on May 18, 2005 at 1:45pm</u> and at all other hearings in this case, including turning myself in to begin serving a sentence, should that occasion arise. I UNDERSTAND THAT A WILLFUL FAILURE TO APPEAR IN COURT AT A TIME SET FOR HEARING IS A SEPARATE CRIMINAL OFFENSE, PUNISHABLE BY UP TO <u>10 YEARS IMPRISONMENT AND A FINE OF $250,000.</u>
- ☒ **No Law Violations.** I must not commit a federal, state, or local crime during the period of release. I understand that if I commit a felony while on release, my sentence can be increased by a maximum of ten years. If I commit a misdemeanor while on release, my sentence can be increased by a maximum of one year. These sentences would be consecutive to all other applicable sentences.
- ☒ **No Controlled Substances.** I must not use, consume or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by the Pretrial Services Officer.
- ☒ **Address.** I must furnish on this form the address and telephone number (if any) where I will reside upon release and where I will receive any notices of hearing dates. I must report any changes in that address or telephone number to the Pretrial Services Office of the Court ( telephone number (206) 370-8950 ) within one business day.
- ☒ **Restrictions on Travel.** <u>I must comply with any directions from the Pretrial Services Officer limiting my travel.</u>
- ☒ **Victim and Witness Protection.** I must not harass, threaten, intimidate, tamper with, improperly influence, or injure the person or property of witnesses, jurors, informants, victims of crime, judicial officers, or other persons related to official proceedings before the Court, in violation of 18 U.S.C. §§ 1503, 1512, and 1513.
- ☒ **Pretrial Supervision.** I am subject to Pretrial Services supervision by the Pretrial Services Office of the Court and must abide by such of the general and special conditions of release as that office shall impose. I must report to the Office of Pretrial Services, United States Courthouse, 700 Stewart Street, Suite 10101 Seattle, within 24 hours of my release unless released during a weekend or on a holiday in which case I must report at 9:00 a.m. the following court day.
- ☒ **Other Conditions:**
  - ✓ Surrender passport and all travel documents to the court. Do not apply for/obtain a new passport or travel document without permission of the court.
  - ✓ <u>Have daily contact with case agent: David Poole at : 617-293-2795</u>
  - ✓ Maintain residence with/at: AS DIRECTED  Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
  - ✓ You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41.
  - ✓ Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.

**AGREEMENT BY DEFENDANT:** I understand and agree to comply with every condition marked above, and I understand that if I fail to comply with any conditions of my release, the Court will immediately issue a warrant for my arrest, and I will be subject to a revocation of release, an order of detention, and prosecution for contempt of court. I understand this appearance bond remains in effect during any proceeding on appeal or review.

X_____
*(Signature of Defendant)*

<u>Seattle, WA</u>
*(City and State)*

May 9, 2005

---

## ORDER OF RELEASE

It is therefore ORDERED:
(1) <u>Defendant shall comply with all conditions of this appearance Bond;</u>
(2) <u>Defendant shall be released from custody, and shall remain at liberty so long as (s)he complies with the provisions of this Appearance Bond, or until further order of the Court.</u>

May 9, 2005
*(Dated)*

*Monica J. Benton*
<u>UNITED STATES MAGISTRATE JUDGE</u>

<u>cc: Defendant, Defense Counsel, U.S. Attorney, Marshal, Pretrial Services</u>