FILED

OCT 31 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES                    :

v.                               : Case No.: 05-248m-01

YURI MONTGOMERY                  :

### UNOPPOSED MOTION TO CONTINUE STATUS HEARING

COMES NOW Defendant, Yuri Montgomery, through undersigned counsel, Stephen F. Brennwald, and in support of his Motion to Continue Status Hearing, states as follows:

1. Defendant is a resident of Seattle, Washington.

2. He is charged with violating export laws.

3. A status hearing was set for November 1, 2005, after the defendant was unable to appear, for medical reasons, at the last status hearing on October 20, 2005.

4. The defendant has recently had surgery, and according to his physician, Dr. A. F. Matsen, III, Chair of the University of Washington School of Medicine's Orthopaedics and Sports Medicine department, "should not fly for an extended period of time..." Dr. Matsen further notes that Mr. Montgomery is "not allowed to lift any luggage or weight..."[1]

5. Based on this information, the defendant will be physically unable to appear in court on November 1, 2005.

6. Because the current delay in the proceedings is attributable to his medical condition, the defendant is willing, under the Speedy Trial Act, to waive the

---

[1] Please see attached letter from Dr. A.F. Matsen, III.

number of days from the status hearing on October 20, 2005 until the next status hearing date.

7. At the last hearing on October 20, 2005, this Court noted that it did not have any medical records to confirm the defendant's medical condition. Nevertheless, it denied the government's request for a bench warrant, and allowed the defense time to obtain and produce the medical records.

8. Based on the attached letter from Dr. Matsen, defendant asks that this Court continue the status hearing, currently scheduled for November 1, 2005.

9. The government is unwilling to consent to an extension of time beyond November 8, 2005, and has indicated that any additional delay will result in a change in its position regarding a disposition of this matter.

10. While the defense would like to accommodate the government's desire to have a status hearing expeditiously, it is concerned that forcing the defendant to travel given his physical condition could seriously aggravate Mr. Montgomery's injury, and cause an even greater delay in these proceedings. For that reason, the defendant asks that this matter be continued until late November or early December.

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, the defendant prays that the status hearing currently set for November 1, 2005 be continued to a date agreeable to all parties and the Court.

Respectfully submitted,

_____
Stephen F. Brennwald
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(202) 544-1990

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was sent, by facsimile, this 31st day of October, 2005, to Heidi Pasichow, 555 4th Street, N.W., Washington, D.C. 20530, fax number (202) 514-6010.

_____
Stephen F. Brennwald