UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                              ) | Case No. 05-248M-01 (AK) |
| ) | |
| YURI MONTGOMERY,       ) | |
| ) | |
| Defendant.      ) | |

## ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Status Hearing, it is this 31st day of October, 2005, hereby

**ORDERED** that the Motion is hereby **GRANTED**, and it is further

**ORDERED** that counsel for the Defendant and counsel for the Government shall appear before the undersigned on Tuesday, November 1, 2005, at 1:45 p.m.

_____
ALAN KAY
UNITED STATES MAGISTRATE JUDGE