UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-443 (RCL) |
| | : | |
| v. | : | |
| | : | |
| Yuri Montgomery | : | |
| | : | |
| Defendant. | | |

NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Jay I. Bratt, Illinois Bar Number 6187361, telephone number (202) 353-3602 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
Jay I. Bratt
ASSISTANT UNITED STATES ATTORNEY
Bar No. 6187361
555 4th Street, N.W., Room 11-437
Washington, DC 20530
(202) 353-3602
jay.bratt@usdoj.gov

CERTIFICATE OF SERVICE

I, Jay I. Bratt, certify that I served a copy of the foregoing Notice of Assignment and Appearance on all counsel of record this 22nd day of February, 2006.

_____
Jay I. Bratt
ASSISTANT UNITED STATES ATTORNEY