UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-443 (RCL)** |
| | : | |
| v. | : | |
| | : | |
| **Yuri Montgomery,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

The United States of America, through its undersigned counsel, moves for a 10-day extension of time to file its opposition to the defendant's motion to dismiss on venue grounds. In support of this motion, the government states as follows:

1.  Until now, government counsel responsible for this case has been Assistant United States Attorney Heidi Pasichow. Ms. Pasichow recently transferred to the Homicide Section of the Superior Court Division of the United States Attorney's Office.

2.  Undersigned government counsel, who will now be the lead attorney on the case, was first assigned to the matter at the end of last week. Ms. Pasichow was on leave when the undersigned tried to contact her last week to talk about the case and the pending motion. It was not until yesterday that the undersigned learned that the government's opposition to the motion is due this Friday, February 24, 2006.

3.  Government counsel has spoken with Steven Brennwald, the defendant's attorney. Mr. Brennwald stated that he had no opposition to the government's request for additional time to respond to the defendant's motion. Mr. Brennwald did ask that the government include in its motion a request for an additional 7 days for the defense to file a reply brief.

For the foregoing reasons, the Court should grant the government's motion.

          Respectfully submitted,

          KENNETH L. WAINSTEIN
          United States Attorney
          D.C. Bar Number 451058


          _____/s/_____

          JAY I. BRATT
          Assistant United States Attorney
          Illinois Bar No. 6187361
          National Security Section, Room 11-437
          555 4th Street, NW
          Washington, D.C.  20530
          (202) 353-3602
          jay.bratt@usdoj.gov

## Certificate of Service

I, Jay I. Bratt, certify that I served a copy of the foregoing Government's Motion for Extension of Time on counsel for defendant by electronic means this 22nd day of February, 2006.

/s/
Jay I. Bratt