## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL NO.  05-443 (RCL)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **Yuri Montgomery,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### ORDER

Before the Court is the government's motion for an extension of time to file an opposition to the defendant's motion to dismiss on venue grounds.  The Court having considered the government's motion, it **GRANTS** the motion.

The government's opposition to the defendant's motion shall now be due on or before **March 6, 2006.**  The defendant shall file any reply brief on or before **March 24, 2006**.

**DONE AND ORDERED** this _____ day of February, 2006.

_____
Honorable Royce C. Lamberth
United States District Judge

Copies to:

AUSA Jay I. Bratt
AUSA Heidi M. Pasichow
Steven Brennwald, Esq.