UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 05-443 (RCL) |
| **YURI MONTGOMERY,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of the Government's Motion [15] for an Extension of Time to File an Opposition to the defendant's motion to dismiss on venue grounds, it is hereby

ORDERED that the Government's Motion [15] for an Extension of Time to File an Opposition is GRANTED. The Government's Opposition shall be due on or before March 6, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, February 23, 2006.

1