UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-443 (RCL)** |
| | : | |
| v. | : | |
| | : | |
| **Yuri Montgomery,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION TO LATE-FILE**

The United States of America, through its undersigned counsel, moves to file its Memorandum in Opposition to Motion to Clarify Defendant's Argument Regarding Venue one day late. In support of this motion, the government states as follows:

1.  On April 25, 2006, the defendant filed his Motion to Clarify Defendant's Argument Regarding Venue. Pursuant to Local Criminal Rule 47, the government's opposition was due on May 8, 2006.

2.  On the evening of May 8, 2006, before midnight, government counsel attempted to access the Court's Electronic Case Filing ("ECF") system through the Court's website. Although counsel could access the website, the link to the ECF page would not allow counsel to enter the ECF page.

For the foregoing reasons, the Court should grant the government's motion.

                Respectfully submitted,

                KENNETH L. WAINSTEIN
                United States Attorney
                D.C. Bar Number 451058


                _____/s/_____
                JAY I. BRATT
                Assistant United States Attorney
                Illinois Bar No. 6187361
                National Security Section, Room 11-437
                555 4th Street, NW
                Washington, D.C.  20530
                (202) 353-3602
                jay.bratt@usdoj.gov

## Certificate of Service

  I, Jay I. Bratt, certify that I served a copy of the foregoing Government's Motion to Late-File on counsel for defendant by electronic means this 9th day of May, 2006.

/s/
Jay I. Bratt
