**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.  05-443 (RCL)** |
| | : | |
| **v.** | : | |
| | : | |
| **Yuri Montgomery,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

Before the Court is the government's motion to file one day late its memorandum in opposition to defendant's Motion to Clarify Defendant's Argument Regarding Venue.  The Court having considered the government's motion, and the reason set forth therein, it **GRANTS** the motion.

  **DONE AND ORDERED** this _____ day of May, 2006.

        _____
        Honorable Royce C. Lamberth
        United States District Judge

Copies to:

AUSA Jay I. Bratt
Stephen Brennwald, Esq.

**<u>Certificate of Service</u>**

I, Jay I. Bratt, certify that I served a copy of the foregoing Government's Motion for

Extension of Time on counsel for defendant by electronic means this 22nd day of February, 2006.

_____/s/_____
Jay I. Bratt
