UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | **Criminal No. 05-443 (RCL)** |
| **YURI MONTGOMERY,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Upon consideration of the Government's Motion [21] to file one day late its memorandum in opposition to defendant's motion to clarify defendant's argument regarding venue, it is hereby

ORDERED that the Government's Motion [21] to file one day late its memorandum in opposition is GRANTED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 10, 2006.