UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          )
                                  )
        v.                        )          Criminal No. 05-443 (RCL)
                                  )
YURI MONTGOMERY                   )
_____ )

### DEFENDANT'S REPLY TO THE GOVERNMENT'S RESPONSE TO DEFENDANT'S POST-HEARING SUPPLEMENTAL ARGUMENT

Defendant Yuri I. Montgomery, through undersigned counsel, Stephen F. Brennwald, hereby briefly replies to the government's response to his post-hearing argument as follows:

In its response, the government concedes, for the first time, that the items it claims Mr. Montgomery exported were not of the kind that required an export license.  This concession is very significant, as it confirms that the defendant was not required to obtain prior approval from the Department of Commerce to export the items the government alleges he helped export. Given the concession that Mr. Montgomery did not have to obtain approval to export any items that are at issue here, the government's venue argument, predicated on the claim that an element of the offense charged requires the Defendant to obtain prior approval from the Department of Commerce to export the items, falls of its own weight.

Respectfully submitted:

Brennwald & Robertson, by:

_____
Stephen F. Brennwald, Esq.
Brennwald & Robertson, LLP
922 Pennsylvania Ave. S.E.
Washington, D.C. 20003
(202) 544-1990
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 8th day of June, 2006, to Assistant U.S. Attorney Heidi Pasichow and Assistant U.S. Attorney Jay Bratt, U.S. Attorney's Office, 555 4th Street, N.W., Washington, D.C.  20530.

_____
Stephen F. Brennwald

2