CO-290
Rev. 3/88

NOTICE OF APPEAL CRIMINAL

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

vs.

YURI MONTGOMERY

Criminal No. 1:05 CR 443 (RCL)

## NOTICE OF APPEAL

FILED
AUG 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Name and address of appellant**
Yuri Montgomery
Seattle, Washington

**Name and address of appellant's attorney**
Stephen F. Brennwald
922 Pennsylvania Avenue, S.E. Washington DC 20003

**Offense** 50 U.S.C. 1705 Conspiracy to Export without a License

**Concise statement of judgment or order, giving date, and any sentence**

Appeal from denial of Mr. Montgomery's Motion to Dismiss for Lack of Venue. Denial ordered on July 24, 2006.

**Name of institution where now confined, if not on bail**

N/A

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

RECEIVED
AUG - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

8-3-06
DATE

APPELLANT

Stephen F. Brennwald
ATTORNEY FOR APPELLANT.

CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

Does counsel wish to appear on appeal? Yes/**No**
Has counsel ordered transcripts? Yes/**No**
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/**No**