**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Criminal No. 05-443 (RCL)** |
| **YURI MONTGOMERY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

Upon consideration of Defendant's Motion to Approve Travel, and any opposition thereto, it is hereby

ORDERED, that the defendant's Motion is hereby GRANTED; it is further

ORDERED, that the United States government shall return the defendant's United States passport to the defendant no later than September 7, 2006, at 5:00 p.m.; it is further

ORDERED, that the defendant shall surrender his United States passport to the United States government within twenty-four hours of returning from his trip to Macedonia, which shall occur no later than September 21, 2006, at 5:00 p.m.; it is further

ORDERED, that the defendant shall be permitted to travel from the United States to Macedonia between September 7, 2006 at the earliest, and shall return to the United States, at the latest, by September 21, 2006.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 5, 2006.

1