UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

    v.                               : Crim. No. 05-443(RCL)

YURI I. MONTGOMERY                :

## EMERGENCY MOTION TO MODIFY TRAVEL SCHEDULE

COMES NOW Yuri I. Montgomery, through undersigned counsel, Stephen F. Brennwald, and in support of his Emergency Motion to Allow Defendant to Travel, states as follows:

1. Defendant is charged with violating an order issued by the Department of Commerce denying him export privileges.

2. The defendant sought permission from this Court to travel to Macedonia in order to attend a memorial for his mother which was to take place the weekend of September 9 and 10.

3. Because the defendant did not learn until a few days before he was scheduled to leave that he would be allowed to leave, he held off on purchasing a ticket. When he ultimately tried to purchase tickets with a departure date of September 7 and a return date of September 21, 2006, their price was cost-prohibitive (for example, a ticket leaving on September 7, 2006 would have cost almost $3,000 more than a ticket leaving on September 11, 2006, when the defendant ultimately left).

4. The best the defendant could do was to obtain a ticket departing on September 11, 2006 and returning on September 27, 2006. Any other travel schedule, including earlier and later departure and return dates would have cost thousands more.

5. Because of the defendant's travel issues, the memorial for his mother was postponed a week, so he could attend.

6. The defendant has been in contact with Agent Poole since his arrival in Macedonia. He has also contacted Pretrial Services Agency agent Raul Salazar in Seattle, Washington.

7. It is clear, at this point, if it was not clear before, that the defendant will return to the United States, and is not a flight risk.

8. Because of the defendant's financial condition, and because of his inability to depart on the date he had hoped, he asks this Court to modify its earlier Order, and allow him to return to the United States on September 27, 2006 and return his passport to the Pretrial Services Agency the next day, on September 28, 2006 (as his flight from Europe is likely to arrive late on September 27, 2006).

This would have the effect of lengthening Mr. Montgomery's previously approved travel by two days, as Mr. Montgomery left four days after he had hoped to leave, and would return six days later than he had planned.

WHEREFORE, for the foregoing reasons, as well as for such other reasons as may appear to this Court, defendant prays that this Court's Order be modified to permit the defendant to return to the United States on September 27, 2006 and to return his passport to the Pretrial Services Agency on the next day, September 28, 2006.

Respectfully submitted,

Stephen F. Brennwald, Esq.
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(202) 544-1990

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was sent by ECF, this 20th day of September, 2006, to Jay Bratt, U.S. Attorney's Office, 555 4th Street, N.W., Washington, D.C. 20530.

                                      Stephen F. Brennwald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

vi.                               :  Crim. No. 05-443 (RCL)

YURI I. MONTGOMERY                :

## **ORDER**

Upon consideration of Defendant's Motion to Modify Travel Order, and any opposition thereto, it is, this ___ day of September, 2006, hereby

ORDERED, that the defendant's Motion is hereby GRANTED; it is further

ORDERED, that the Defendant shall be permitted to return to the United States no later than September 27, 2006, it is further

ORDERED, that the defendant shall surrender his United States passport to the United States government no later than 5:00 p.m. on September 28, 2006.

_____
Royce C. Lamberth
United States District Judge