UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 05-443 (RCL) |
| YURI MONTGOMERY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Defendant's Motion to Modify Travel Order, and the opposition thereto, it is, this 21st day of September, 2006, hereby

ORDERED, that the defendant's Motion is hereby GRANTED; it is further

ORDERED, that the defendant shall be permitted to return to the United States no later than September 27, 2006; and it is further

ORDERED, that the defendant shall surrender his United States passport to the United States government no later than 5:00 p.m. on September 28, 2006.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 21, 2006.