## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 05-443 (RCL)** |
| ) | |
| **YURI MONTGOMERY,** ) | |
| ) | |
| **Defendant.** ) | |

### <u>ORDER</u>

Upon consideration of Defendant's Motion to Modify Travel Order, and the opposition thereto, it is, this 21st day of September, 2006, hereby

ORDERED, that the defendant's Motion is hereby GRANTED; it is further

ORDERED, that the defendant shall be permitted to return to the United States no later than September 27, 2006; and it is further

ORDERED, that the defendant shall surrender his United States passport to the United States government no later than 5:00 p.m. on September 28, 2006.


SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, September 21, 2006.

1