# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-3120                                September Term, 2006

05cr00443-01

United States of America,
    Appellee

v.

Yuri I. Montgomery, *a/k/a* Yuri I. Malinkovski,
    Appellant

**FILED** OCT 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Filed On:



## O R D E R

Upon consideration of appellant's motion for voluntary dismissal, and the affidavit in support thereof, it is

**ORDERED** that the motion be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the district court a certified copy of this order in lieu of formal mandate.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

BY: _____
                                          Mark Butler
                                          Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk