UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 05-443 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **Yuri Montgomery,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION TO DISMISS INFORMATION

The United States of America, through its undersigned attorneys, moves pursuant to Rule 48(a), Fed. R. Crim. P., to dismiss the information that the government previously filed in this matter. In support of this motion, the government states as follows:

Today, November 30, 2006, a grand jury in the Western District of Washington returned a nine-count indictment charging the defendant, Yuri Montgomery, with making unlawful exports in violation of 50 U.S.C. § 1705. Those charges encompass the activity with the defendant was charged in the information. The new case is pending in the Western District of Washington as <u>United States v. Yuri I. Montgomery</u>, Cr. 06-437 (RSM).

Mr. Montgomery had his initial appearance this afternoon and was placed on conditions of release similar to those to which he was subject in this matter. Accordingly, the government requests the Court to dismiss the information now pending against the defendant.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar No. 498610

By: _____/s/_____

Jay I. Batt
Assistant United States Attorney
Illinois Bar No. 6187361
National Security Section
Room 11-437
555 Fourth Street, NW
Washington, D.C.  20530
(202) 353-3602
Jay.Bratt@usdoj.gov

## Certificate of Service

    I, Jay I. Bratt, certify that I served a copy of the foregoing Government's Motion to Dismiss Information on counsel for defendant by electronic means this 30th day of November 2006.

                                                           /s/
                                                       Jay I. Bratt