UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 05-443 (RCL) |
| | : | |
| v. | : | |
| | : | |
| **Yuri Montgomery,** | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Before the Court is the government's motion to dismiss the information now pending against the defendant. The Court having considered the government's motion, it hereby **GRANTS** it.

**DONE AND ORDERED** this _____ day of December, 2006.

 

_____
Honorable Royce C. Lamberth
United States District Judge

Copies to:

AUSA Jay I. Bratt
Stephen F. Brennwald, Esq.